IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | |
|---|---|
| JOE PENA, SR., #837174 § | |
| § | |
| V. § | CIVIL ACTION NO. V-15-007 |
| § | |
| WILLIAM STEPHENS, § | |
| Director, Texas Department of Criminal § | |
| Justice, Correctional Institutions Division § | |

## FINAL JUDGMENT

Today, the Court issued an Opinion and Order which granted the Motion for Summary Judgment of Respondent, William Stephens; dismissed the Petition for Writ of Habeas Corpus of Petitioner, Joe Pena, Sr.; and denied Pena a Certificate of Appealability.

It is, therefore, **ORDERED** and **ADJUDGED** that the "Petition for a Writ of Habeas Corpus" of Petitioner, Joe Pena, Sr., is **DISMISSED with prejudice.**

**THIS IS A FINAL APPEALABLE JUDGMENT.**

**DONE** at Galveston, Texas, this ____5th____ day of August, 2015.

John R. Froeschner
United States Magistrate Judge